UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COUNTY OF SACRAMENTO, | |
| Plaintiff, | CIV. NO. 07-1398 WBS DAD |
| vs. | |
| TURBOMECA, S.A., a French Corporation, LA SOCIÉTÉ ANONYME TURBOMECA FRANCÉ, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas corporation, | <u>RELATED CASE ORDER</u> |
| Defendants. | |
| _____/ | |
| COUNTY OF SACRAMENTO, | |
| Plaintiff, | CIV. NO. 08-1588 WBS DAD |
| vs. | |
| TURBOMECA, S.A., a French Corporation, LA SOCIÉTÉ ANONYME TURBOMECA FRANCÉ, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas corporation, | |
| Defendants. | |
| _____/ | |

1  OLD REPUBLIC INSURANCE COMPANY,
2            Plaintiff,              CIV. NO. 08-1376 FCD KJM
3  vs.
4  TURBOMECA SAFRAN GROUP and
   TURBOMECA USA,
5
             Defendants.
6  _____/

7
                      ----oo0oo----
8

9          Examination of the above-entitled actions reveals that
10 these actions are related within the meaning of Local Rule 83-
11 123(a) because all three cases derive from the same helicopter
12 crash that occurred on July 13, 2005 and involve similar issues
13 relating to liability and damages.  E. Dist. of Cal. Local R.
14 83-123(a).  Accordingly, the assignment of the matters to the
15 same judge is likely to effect a substantial saving of judicial
16 effort and is also likely to be convenient for the parties.
17         The parties should be aware that relating the cases
18 under Local Rule 83-123 merely has the result that both actions
19 are assigned to the same judge; no consolidation of the actions
20 is effected.  Under the regular practice of this court, related
21 cases are generally assigned to the judge and magistrate to whom
22 the first filed action was assigned.
23         IT IS THEREFORE ORDERED that the actions denominated
24 County of Sacramento v. Turbomeca S.A., et al., Civ. No. 07-1398
25 WBS DAD, County of Sacramento v. Turbomeca S.A., et al., Civ.
26 No. 08-1588 WBS DAD, and Old Republic Ins. Co. v. Turbomeca
27 Safran Group, et al., Civ. No. 08-1376 FCD KJM, be, and the same
28 hereby are, deemed related and the case denominated Old Republic

Ins. Co. v. Turbomeca Safran Group, et al., Civ. No. 08-1376 FCD KJM, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale A. Drozd for all further proceedings.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Old Republic Ins. Co. v. Turbomeca Safran Group, et al., Civ. No. 08-1376 WBS DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:   August 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE